# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| BRUCE COUTURIER, et al., | ) | Case Nos. | 2:12-cv-01104-APG-NJK |
| --- | --- | --- | --- |
| Plaintiff(s), | ) | | 2:12-cv-01106-APG-NJK |
| | ) | | 2:12-cv-01107-APG-NJK |
| vs. | ) | | 2:12-cv-01108-APG-NJK |
| | ) | | 2:12-cv-01111-APG-NJK |
| AMERICAN INVSCO CORP., et al., | ) | ORDER DENYING WITHOUT | |
| | ) | PREJUDICE OBJECTION TO | |
| Defendant(s). | ) | DEPOSITION NOTICE | |

Pending before the Court is an "objection" to a deposition notice, filed by Meridian Private Residences CH, LLC on July 29, 2013. Docket No. 80, 2:12-cv-1104-APG-NJK; Docket No. 75, 2:12-cv-1106-APG-NJK; Docket No. 82, 2:12-cv-1107-APG-NJK; Docket No. 74, 2:12-cv-1108-APG-NJK; Docket No. 67, 2:12-cv-1111-APG-NJK. For the reasons discussed below, that "objection" is hereby DENIED without prejudice.

The pending objection identifies purported deficiencies in a recently-served deposition notice. The objection does not specify what relief (if any) is sought from the Court (*e.g.*, a protective order). Nor does the objection indicate that a proper meet and confer was conducted. *See* Local Rule 26-7(b). Accordingly, to the extent the "objection" seeks relief from the Court, it is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: July 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge