1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

10
11
12
13
14
15

| | |
|---|---|
| BRUCE COUTURIER, et al.,<br><br>          Plaintiff(s),<br><br>vs.<br><br>AMERICAN INVSCO CORP., et al.,<br><br>          Defendant(s).<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> ) | Case Nos.    2:12-cv-01104-APG-NJK<br>               2:12-cv-01106-APG-NJK<br>               2:12-cv-01107-APG-NJK<br>               2:12-cv-01108-APG-NJK<br>               2:12-cv-01110-APG-NJK<br>               2:12-cv-01111-APG-NJK<br><br>ORDER DENYING MOTION FOR<br>NICHOLAS GOULETAS TO APPEAR<br>AT SETTLEMENT CONFERENCES<br>BY TELEPHONE |

16
17
18
19
20
21
22
23
24
25
26

      Pending before the Court is a motion by Defendants American INVSCO Corporation, Condominium Rental Services, Inc. and Nicholas Gouletas ("Defendants") to have Mr. Gouletas appear by telephone and on an as-needed basis should his involvement become "absolutely necessary" at the settlement conferences set in these cases.  Docket No. 141, 2:12-cv-1104; Docket No. 121, 2:12-cv-1106; Docket No. 126, 2:12-cv-1107; Docket No. 119, 2:12-cv-1108; Docket No. 121, 2:12-cv-1110; Docket No. 112, 2:12-cv-1111.  The settlement conferences are set for July 30 through August 1, 2014. It is important to the success of settlement conferences that corporate representatives with full settlement authority attend.  *See, e.g.*, *Nick v. Morgan's Food, Inc.*, 270 F.3d 590, 597 (8th Cir. 2001).  To that end, as explained in the order setting the settlement conference issued on May 19, 2014, the Court strictly scrutinizes requests for an exception to the personal attendance requirements for a showing of compelling justification.

27
28

      Defendants seek an exception to the Court's attendance requirements, asserting that Mr. Gouletas is in poor health and unable to travel.  The motion indicates that Defendants have sought a note from

Mr. Gouletas' doctor explaining the situation, but have not yet received one.  The motion also indicates that "Mr. Gouletas has authorized his attorneys . . . to represent [Defendants] at the Settlement Conferences." At this point, the Court **DENIES** the motion without prejudice to its refiling.  Any refiled motion must attach a doctor's note or declaration explaining why Mr. Gouletas cannot travel.  Any refiled motion must also clarify whether Defendants' counsel has been given <u>full settlement authority</u> on behalf of Defendants for the settlement conferences.  Any refiled motion must be filed no later than June 10, 2014.

IT IS SO ORDERED.

DATED: June 3, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge