1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **DISTRICT OF NEVADA**
10

11  BRUCE COUTURIER, et al.,                                  Case No.  2:12-cv-01104-APG-NJK

12                          Plaintiffs,

13  vs.

14  MERIDIAN PRIVATE RESIDENCES, et al.,

15                          Defendants.

16  SHAHIN EDALATDJU, et al.,                                 Case No.  2:12-cv-01106-APG-NJK

17                          Plaintiffs,

18  vs.

19  MERIDIAN PRIVATE RESIDENCES, et al.,

20                          Defendants.

21

22  MARY HELDT, et al.,                                       Case No.  2:12-cv-01107-APG-NJK

23                          Plaintiffs,

24  vs.

25  MERIDIAN PRIVATE RESIDENCES, et al.,

26                          Defendants.

27

28

| | |
|---|---|
| NASIR KOSA, et al., ) | Case No.  2:12-cv-01108-APG-NJK |
| Plaintiffs, ) | |
| vs. ) | |
| MERIDIAN PRIVATE RESIDENCES, et al., ) | |
| Defendants. ) | |
| | |
| WISAM B KOSA, et al., ) | Case No.  2:12-cv-01111-APG-NJK |
| Plaintiffs, ) | |
| vs. ) | |
| MERIDIAN PRIVATE RESIDENCES, et al., ) | |
| Defendants. ) | |

On May 19, 2016, United States District Judge Andrew P. Gordon referred this case to the undersigned to set a settlement conference.  The Court hereby **SETS** a telephonic scheduling conference for 2:30 p.m. on May 26, 2016, at which time counsel shall be prepared to (1) explain whether the Court should hold a single, consolidated settlement conference and (2) provide dates on which all required participants are available.[1]  The Court is tentatively considering holding a single settlement conference on July 29, 2016.  Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: May 24, 2016

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] To the extent it is necessary for the parties themselves to appear regarding their availability, the parties shall also appear telephonically.

2