MICHAEL R. MUSHKIN, ESQ.
Nevada Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada Bar No. 4954
MUSHKIN CICA COPPEDGE
4495 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01104-APG-NJK<br>Consolidated with Case No's for Trial:<br><br>2:12-cv-01106-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT'S CLOSING BRIEF** |
| SHAHIN EDALATDJU and NASILA EDALATDJU,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01106-APG-NJK<br>Consolidated with Case No's for Trial:<br><br>2:12-cv-01104-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK |

| | |
|---|---|
| MARY HELDT, VICTOR HELDT, and SNAP PROPERTIES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01107-APG-NJK<br>  Consolidated with Case No's for Trial:<br><br>2:12-cv-01104-APG-NJK<br>2:12-cv-01106-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK |
| NASIR KOSA; BASIL KOSA, and SAID MATTI,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01108-APG-NJK<br>  Consolidated with Case No's for Trial:<br><br>2:12-cv-01104-APG-NJK<br>2:12-cv-01106-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK |
| WISAM KOSA, RAGHID KOSA and MAHA KOSA;<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01111-APG-NJK<br>  Consolidated with Case No's for Trial:<br><br>2:12-cv-01104-APG-NJK<br>2:12-cv-01106-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01110-APG-NJK |

**ORDER GRANTING
PLAINTIFFS' MOTION FOR LEAVE TO FILE
A SUR-REPLY TO DEFENDANT'S CLOSING BRIEF**

GOOD CAUSE APPEARING, Plaintiffs' Motion for Leave to File a Sur-Reply to Defendant's Closing Brief is hereby GRANTED.

/ / /

/ / /

/ / /

Plaintiffs' shall file their Sur-Reply on or before April 30, 2018.

Dated: April 19, 2018.

$\rule{3in}{0.4pt}$
UNITED STATES DISTRICT JUDGE

Respectfully submitted
MUSHKIN CICA COPPEDGE

/s/ Michael R. Mushkin
$\rule{3in}{0.4pt}$
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada State Bar No. 4954
4475 So. Pecos Road
Las Vegas, Nevada 89121