# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Wisam B Kosa, et al

                        Plaintiffs,

    v.

Meridian Private Residences CH, LLC

                      Defendant.

JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:12-cv-01111-APG-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of the Kosas against defendant Meridian Private Residences CH, LLC in the amount of $211,866.32.

October 30, 2018
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ M. Morrison
_____
Deputy Clerk